**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRINIDAD LEDESMA,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA REHABILITATION CENTER et al.,<br><br>    Defendants. | Case No. EDCV 15-2638-FMO (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

  The Court has reviewed the First Amended Complaint, records on file, and Report and Recommendation of U.S. Magistrate Judge. See 28 U.S.C. § 636. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

  IT THEREFORE IS ORDERED that Plaintiff's claims against the State Compensation Insurance Fund, his claims against the prison in both capacities, and his money-damages claims against Defendants Cynthia Y. Tampkins and V. Cranean in their official capacity are dismissed without leave to amend. IT IS FURTHER ORDERED that Plaintiff's Eighth Amendment claim against Tampkins in her individual capacity is dismissed with leave to amend.

  If Plaintiff desires to pursue any of his claims, he is ORDERED to file a Second Amended Complaint within 28 days of the date of this Order, remedying the deficiencies discussed in the R&R and in full compliance with this order. The SAC should bear the docket number assigned to this case, be labeled "Second Amended Complaint," and be complete in and of itself, without reference to the previous complaints or any other pleading. The Clerk is directed to provide Plaintiff with another Central District of California Civil Rights Complaint Form, CV-66, to facilitate Plaintiff's filing of a SAC if he elects to proceed with this action. **Plaintiff is admonished that if he fails to timely file a sufficient SAC, the Court may dismiss this action for failure to diligently prosecute.**

DATED: March 24, 2016        /s/
                FERNANDO M. OLGUIN
                U.S. DISTRICT JUDGE