# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINIDAD LEDESMA, | ) Case No. EDCV 15-2638-FMO (JPR) |
| Plaintiff, | ) |
| vs. | ) **JUDGMENT** |
| CALIFORNIA REHABILITATION CENTER et al., | ) |
| Defendants. | ) |

Pursuant to the Order Dismissing Action for Failure to State a Claim and Failure to Prosecute,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: May 10, 2016

            /s/
FERNANDO M. OLGUIN
U.S. DISTRICT JUDGE